

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00060-CR

**IN RE** Richard **LARES**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed:  February 13, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On January 24, 2013, Relator Richard Lares filed a petition for writ of mandamus.  The court has considered Relator Lares's petition and is of the opinion that Lares is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus is DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2006CR10110, styled *State of Texas v. Richard Lares*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Juanita A. Vasquez-Gardner presiding.